[No. 11958-1-III.  Division Three.  June 22, 1993.]

*In the Matter of the Marriage of* GARY ALLEN ANDERSON, *Respondent, and* JENNIFER G. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 87-3-01653-4, James M. Murphy, J., entered

October 8, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.